## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: David M. McGinty                                              CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 15-23012 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

Respectfully submitted,

/s/ **Brian C. Nicholas**

Brian Nicholas
27 Oct 2020, 15:36:09, EDT

Brian C. Nicholas, Esquire
Attorney I.D. No. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com