Form 604

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **David M. McGinty** | : | Case No. 15−23012−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| v. | : | Related to Document No. 59 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 2/10/21 at 11:00 AM |

**ORDER SCHEDULING DATE
FOR RESPONSE AND HEARING ON MOTION**

*AND NOW,* this *The 25th of November, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 59 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1)  *On or before January 11, 2021*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2)  This Motion is scheduled for hearing on *February 10, 2021 at 11:00 AM* in Zoom location, https://www.zoomgov.com/j/, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-23012-GLT |
| David M. McGinty | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 2 |
| Date Rcvd: Nov 25, 2020 | Form ID: 604 | Total Noticed: 14 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David M. McGinty, 434 Livingston Road, West Mifflin, PA 15122-2525 |
| cr | + | Equitable Gas Bankruptcy Department, Attn: Judy Gawlowski, 225 North Shore Drive 2nd Floor, Pittsburgh, PA 15212-5860 |
| cr | + | First Commonwealth Bank, McGrath McCall, P.C., Three Gateway Center, Suite 1375, 401 Liberty Avenue Pittsburgh, PA 15222-1004 |
| cr | ++ | MAIN STREET ASSET SOLUTIONS INC, PO BOX 12220, RENO NV 89510-2220 address filed with court:, Main Street Asset Solutions, Inc, PO Box 1768, Carson City, NV 89702 |
| 14094950 | + | Agnes Mombrun, Esq., 4900 Carlisle Pike, #182, Mechanicsburg, PA 17050-7709 |
| 14107546 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Three Gateway Center, Suite 1375, 401 Liberty Avenue, Pittsburgh, PA 15222-1004 |
| 14339342 | + | Main Street Asset Solutions, Inc., PO Box 2553, Fair Oaks, CA 95628-9553 |
| 14145846 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14094953 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14137065 | + | Peoples Natural Gas Company LLC Equitable Division, 225 North Shore Drive, Pittsburgh, PA 15212-5860, Attn: Dawn Lindner |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14149340 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 26 2020 03:45:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14094951 | + | Email/Text: bankruptcynotice@fcbanking.com | Nov 26 2020 03:42:00 | First Commonwealth Bank, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 14094952 | + | Email/Text: bankruptcynotices@psecu.com | Nov 26 2020 03:44:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14145846 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 26 2020 03:28:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14094953 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 26 2020 03:28:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14094954 | + | Email/Text: bankruptcy@trinityfs.com | Nov 26 2020 03:44:00 | Trinity Financial Services, 2618 San Miguel Drive, Suite 303, Newport Beach, CA 92660-5437 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | PNC Bank, N.A., |
| cr | | PNC Bank, National Association |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

Case 15-23012-GLT   Doc 61   Filed 11/27/20   Entered 11/28/20 00:36:48   Desc Imaged
Certificate of Notice   Page 3 of 3

| District/off: 0315-2 | User: jhel | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 25, 2020 | Form ID: 604 | Total Noticed: 14 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2020              Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com |
| Kirsten S. Penn | on behalf of Creditor First Commonwealth Bank kpenn@lenderlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Equitable Gas Bankruptcy Department ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |
| Shawn N. Wright | on behalf of Debtor David M. McGinty shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Sherri J. Smith | on behalf of Creditor PNC Bank  National Association pawb@fedphe.com, sherri.smith@phelanhallinan.com |
| Sherri J. Smith | on behalf of Creditor PNC Bank  N.A., pawb@fedphe.com, sherri.smith@phelanhallinan.com |

TOTAL: 10